IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK SHARP & DOHME LLC., <br><br> *Plaintiff*, <br><br> v. <br><br> PRINSTON PHARMACEUTICAL INC., <br><br> *Defendant*. | C.A. No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff, Merck Sharp & Dohme LLC., hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | No Earlier than July 1, 2022 |
| Date of Expiration of Patent: | November 24, 2026 (May 24, 2027 pediatric exclusivity expiration) |
| Thirty Month Stay Deadline: | No earlier than January 1, 2025 |

Dated: August 15, 2022

OF COUNSEL:

Bruce R. Genderson
Stanley E. Fisher
Elise M. Baumgarten
Alexander S. Zolan
Shaun P. Mahaffy
Anthony H. Sheh
Sarahi Uribe
Vanessa Omoroghomwan
Jihad Komis
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
sfisher@wc.com
ebaumgarten@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com
suribe@wc.com
vomoroghomwan@wc.com
jkomis@wc.com

Respectfully submitted,

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff
Merck Sharp & Dohme LLC.*

2